UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES FOR THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND and TRAINING PROGRAM FUND, et al.,<br><br>Petitioners,<br><br>v.<br><br>M.A.B. RENOVATION GROUP CORP,<br><br>Respondent. | 21-cv-07415 (JSR)<br><br>ORDER AND JUDGMENT |

JED S. RAKOFF, U.S.D.J.

This action commenced on September 3, 2021 by the filing of a Petition by the Trustees of the Mason Tender District Council Pension, Annuity and Training Program Funds and the Mason Tenders District Council of Greater New York ("Petitioners") seeking confirmation and enforcement of the March 22, 2021 Default Arbitration Award (the "Award") of Joseph Harris in favor of Petitioners against Respondent M.A.B. RENOVATION GROUP CORP. ("Respondent"). Petitioners served the Petition on Respondent, on September 30, 2021 and its motion of summary judgment on January 7, 2022. Respondent has failed to appear in this action and has not answered either the Petition or the summary judgment motion.

1

There is no issue of fact that would preclude Petitioners' motion seeking to enforce the Award. It is thus ORDERED, ADJUDGED AND DECREED that the March 22, 2021 Award of Joseph Harris is confirmed in all respects and Petitioners shall have judgment against defendant M.A.B. RENOVATION GROUP CORP. in the liquidated amount of $83,099.57, with interest to accrue to at the statutory rate from the date of this order.

SO ORDERED.

Dated:   New York, NY

       January 31, 2022       JED S. RAKOFF, U.S.D.J.